BI-LINGUAL EDUCATIONAL SERVICES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—256 

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed June 15, 1973.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—285 

TOM COADY PAINTING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ECONOMIC AND FISCAL COMMISSION, Respondent.

*Opinion filed June 15, 1973.*

TOM COADY PAINTING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.